UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KEITH CARPENTER AND TIANAY        §
CARPENTER,                         §
                                   §
        *Plaintiffs,*              §
                                   §    Civil Action No. 3:21-CV-03011-X
v.                                 §
                                   §
HOMESITE INSURANCE                 §
COMPANY,                           §
                                   §
        *Defendant.*

## ORDER

The parties jointly filed a *Motion to Abate Pending the Outcome of Appraisal* [Doc. No. 17].  The Court **GRANTS** the motion for abatement and **ABATES** the case until the appraisal is complete.  The Court also **ADMINISTRATIVELY CLOSES** the case for the pendency of the abatement.  The parties should request to reopen the case and end the abatement once the appraisal is complete.

**IT IS SO ORDERED** this 31st day of October, 2022.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1